# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **TERRY L. SIMS,** | : |
| **Plaintiff,** | : Case No. 2:20-cv-04516 |
| | : |
| v. | : **CHIEF JUDGE ALGENON L. MARBLEY** |
| | : |
| **ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,** | : **Magistrate Judge Deavers** |
| **Defendant.** | : |

## ORDER

This matter is before the Court on the parties' Joint Stipulation to Remand to the Commissioner. (ECF No. 19). Specifically, the parties ask this Court to vacate the decision of the Administrative Law Judge ("ALJ") under sentence four of 42 U.S.C. § 405(g) and remand the matter to an ALJ for further proceedings. The Court hereby **GRANTS** the Joint Stipulation. The ALJ's decision is vacated and remanded for further administrative proceedings.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: July 9, 2021**